Reset Form

CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. | **Your Name:*** Bradley R. Hogin | 7. **Your Phone Number:** 714-415-1039 | |
| 2. | **Your Email Address: *** bhogin@wss-law.com | 8. **Full Case Number (if applicable):** 3:22-CV-55555 | |
| 3. | **Receipt Number:*** ACANDC-17233885 | 9. **Fee Type:*** | ☒ Attorney Admission<br>☐ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. | **Transaction Date:*** 6/3/22 | | |
| 5. | **Transaction Time:*** 1:37:33 ET | | |
| 6. | **Transaction Amount (Amount to be refunded):*** $317 | | |

**10. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** receipt number in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Mr. Hogin (CA SBN 140372) was admitted to the Northern District Court on 2/10/1995 and already paid the Petition for Bar Membership in full and his status is currently listed as active on the court's website.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ✓ Approved<br>☐ Denied<br>☐ Denied – Resubmit amended application | **APPROVED**<br>By Ana Banares at 6:07 pm, Jun 07, 2022 |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: 270ECF1A | Agency refund tracking ID number: 0971- ACANDC-1723885 |
| Date refund processed: 6/8/2022 | Refund processed by: JPN |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

# Jesusa Nobleza

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, June 8, 2022 4:07 PM |
| **To:** | Jesusa Nobleza |
| **Subject:** | Pay.gov  Refund: CAND CM ECF |

CAUTION - EXTERNAL:

Your refund has been submitted to Pay.gov and the details are below. If you have any questions regarding this refund, please contact CAND Help Desk at (866) 638-7829 or ECFHelpdesk@cand.uscourts.gov.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 270ECF1A
Agency Tracking ID: ACANDC-17233885

Payment Method: Plastic Card
Transaction Type: Refund
Transaction Date: Jun 08, 2022 07:06:11 PM

Transaction Amount: $317.00
Account Holder Name: Barbara Raileanu
Card Type: Visa
Card Number: ************8740

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1